IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV243-MU

| | |
|---|---|
| CATHERINE BENNETT, individually, and CATHERINE BENNETT as Administratrix of the Estate of Arthinel Bennett,<br><br>  Plaintiff,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY,<br><br>  Defendant. | ORDER |

This matter is before the court upon Plaintiff's Motion for Default. This motion is without merit and is therefore DENIED.

IT IS SO ORDERED.

**Signed: September 2, 2005**

Graham C. Mullen
Chief United States District Judge