IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV243

| | |
|---|---|
| CATHERINE BENNETT ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STONEBRIDGE LIFE INSURANCE ) | |
| CO. ) | |
|         Defendant. ) | |

    **THIS MATTER** is before the court on its own motion. **IT IS ORDERED** that the plaintiff is allowed to submit up to fifty (50) Interrogatories. After review of the responses, the plaintiff will report to this court to determine the need for further interrogatories.

    **IT IS SO ORDERED**.

**Signed: September 27, 2005**

Graham C. Mullen
Chief United States District Judge