IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV243

| | |
|---|---|
| CATHERINE BENNETT, individually, and )<br>CATHERINE BENNETT, as )<br>ADMINISTRATRIX OF THE ESTATE OF )<br>ARTHINEL BENNETT, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>STONEBRIDGE LIFE INSURANCE )<br>COMPANY, )<br>)<br>    Defendant. )<br>_____) | ORDER |

This matter is before the court upon Plaintiff's Motion to Compel Answers to Interrogatories, seeking an order from the court requiring Defendant to provide full and complete answers to the Plaintiff's First Set of Interrogatories. The Defendant has filed a response in opposition to the Plaintiff's motion.

The court has reviewed the briefs filed by the parties, as well as Defendant's responses to the Plaintiff's discovery requests. It appears to the court that the Defendant has raised valid objections or has otherwise provided adequate answers to the discovery requests. The court has now entered a Protective Order such that the Defendant may now provide those documents to the Plaintiff that the Defendant considered confidential. Moreover, Defendant has agreed to provide Plaintiff with a privilege log with regard to those documents and information it considers protected from disclosure by attorney-client privilege. Lastly, Defendant has agreed to supplement its responses to provide examples of the types of training it makes available to its claims adjusters. Accordingly, Plaintiff's Motion will be denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel is hereby DENIED.

Signed: March 27, 2006

Graham C. Mullen
United States District Judge