IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:05-CV-243

CATHERINE BENNETT, individually, and
CATHERINE BENNETT, as
ADMINISTRATRIX OF THE ESTATE OF
ARTHINEL BENNETT,

                Plaintiffs,

vs.

STONEBRIDGE LIFE INSURANCE
COMPANY,

                Defendant.

**ORDER**

This matter coming before this Court, for good cause shown, it is ORDERED, ADJUDGED AND DECREED that Defendant Stonebridge Life Insurance Company's Motion for Order to File Document Under Seal is allowed. It is FURTHER ORDERED that the Clerk of the Court is directed to file Stonebridge Life Insurance Company's Annual Statement For the Year Ended December 31, 2004 under seal pursuant to Local Rule 5.1(D)(3).

It is so ordered.

Signed: April 5, 2006

Graham C. Mullen
United States District Judge