UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV243

| | | |
|---|---|---|
| CATHERINE BENNETT, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| STONEBRIDGE LIFE INSURANCE CO., | ) | |
| Defendant. | ) | |
| | ) | |

   **THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled from the September 11, 2006 term to the **September 5, 2006 term of court at 10:00 a.m.** in Charlotte.

   IT IS SO ORDERED.

          Signed: April 25, 2006

         Graham C. Mullen
         United States District Judge