IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV243-MU

| | |
|---|---|
| CATHERINE BENNETT, individually and )<br>CATHERINE BENNETT, as )<br>ADMINISTRATRIX OF THE ESTATE )<br>OF ARTHINEL BENNETT, )<br> )<br>    Plaintiffs, )<br> )<br>vs. )<br> )<br>STONEBRIDGE LIFE INSURANCE )<br>COMPANY, )<br> )<br>    Defendant. )<br>_____) | ORDER |

    This matter is before the court upon Defendant's Motion to Compel, filed February 22, 2006. Defendant seeks an Order compelling the Plaintiff to respond to Defendant's First Set of Interrogatories and Requests for Production of Documents. The Plaintiff has failed to respond to the Defendant's motion in any way. Accordingly,

    IT IS THEREFORE ORDERED that Defendant's Motion to Compel is hereby GRANTED, and Plaintiff is hereby directed to serve its responses forthwith to Defendant's First Set of Interrogatories and Requests for Production of Documents; and

    IT IS FURTHER ORDERED that Defendant shall file an affidavit setting forth its expenses incurred in filing this motion.

Signed: May 2, 2006

Graham C. Mullen
United States District Judge