UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV243**

| | |
|---|---|
| CATHERINE BENNETT, )<br>    Plaintiff, )<br> v. )<br>    )<br>STONEBRIDGE LIFE INSURANCE CO. )<br>INC., )<br>    Defendants. )<br>    ) | **ORDER** |

  **THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **July 9, 2007 term of court at 10:00 a.m.** in Charlotte.

  So ordered.

                Signed: March 22, 2007

                Graham C. Mullen
                United States District Judge