UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV243**

| | |
|---|---|
| CATHERINE BENNETT individually, )<br>and Catherine Bennett as Administratrix )<br>of the Estate of Arthinel Bennett, )<br>                       Plaintiff, )<br>v. )<br>                              )<br>STONEBRIDGE LIFE INSURANCE CO., )<br>                      Defendant. )<br>                              ) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **August 6, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: April 17, 2007

Graham C. Mullen
United States District Judge