UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-243-GCM

| | |
|---|---|
| CATHERINE BENNETT,        ) | |
|      Plaintiff,        ) | |
| v.        ) | **ORDER** |
|     ) | |
| STONEBRIDGE LIFE INSURANCE CO.,        ) | |
|      Defendant.        ) | |

**THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge