IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV243

| | |
|---|---|
| CATHERINE BENNETT *individually and as Administratrix of the Estate of Arthinel Bennett*, Plaintiff, </br></br> v. </br></br> STONEBRIDGE LIFE INSURANCE CO., Defendant. | ) ) ) ) ) ) ORDER ) ) ) ) ) |

THIS MATTER is before the Court upon Plaintiff's Voluntary Dismissal. [Docket # 92]. **IT IS HEREBY ORDERED THAT** the above-entitled action is **dismissed.**

IT IS SO ORDERED.

Signed: November 9, 2007

Graham C. Mullen
United States District Judge